```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

 PETER MARSALISI,

                            Plaintiff,

    - against -

 UNITED BROTHERHOOD OF CARPENTERS
 AND JOINERS OF AMERICA and
 NEW YORK CITY DISTRICT COUNCIL OF
 CARPENTERS AND JOINERS OF AMERICA,

                            Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2021

20 Civ. 1806 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On April 1, 2020, Plaintiff filed a response to a premotion letter from Defendant New York City Council of Carpenters and Joiners of America, in which Plaintiff stated that it would amend his complaint. On April 29, 2020, Defendant United Brotherhood of Carpenters and Joiners of America served a premotion letter on Plaintiff and the Court. (See Dkt. No. 13.) A review of the Docket Sheet for this action indicates that since then there has been no record of any proceedings or filings of any papers or correspondence with the Court.

Accordingly, it is hereby

**ORDERED** that the above-named Plaintiff inform the Court, within thirty (30) days of the date of this Order, concerning the status of this action and his contemplation to any further

proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:  New York, New York
        October 5, 2021

                                        Victor Marrero
                                           U.S.D.J.